# Third District Court of Appeal

## State of Florida

Opinion filed April 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-189
Lower Tribunal No. F12-11242
_____

**Marquis Lammons,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Marquis Lammons, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.  <u>See</u> § 775.087(1)(b) (reclassifying a second-degree felony to a first-degree felony where "during the commission of such felony the defendant carries, displays, uses, threatens to use, or attempts to use any weapon or firearm….")  <u>See also</u> <u>Boggs v. Wainwright</u>, 223 So. 2d 316, 317 (Fla. 1969) ("That a court of record may, even after the term has expired, correct clerical mistakes in its own judgments and records, nunc pro tunc, and that such corrections generally relate back and take effect as of the date of the judgment, decree, order, writ, or other record so corrected, is well settled") (additional citations omitted).